UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
SERAFIN SANTIAGO, JR.,
Plaintiff,

v.

COMMISSIONER OF THE
SOCIAL SECURITY ADMINISTRATION,
Defendant.
-----------------------------------------------------X

Civil Action
1:26-cv-01406-JAM

**STIPULATION AND ORDER FOR REMAND**

The parties, through their attorneys, hereby stipulate and agree that this Court reverse and remand the final decision of the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g). The parties agree that on remand, the Commissioner will take further action to complete the administrative record and issue a new decision..

The Clerk of the Court shall enter judgment in this case once this Stipulation and Order has been signed and so ordered by the Court.

Dated: November 2, 2026

Howard D. Olinsky
Olinsky Law Group
250 South Clinton St.
Ste 210
Syracuse, NY 13202
315-701-5780
Fax: 315-701-5781
Email: holinsky@windisability.com

JOSEPH NOCELLA, JR.
United States Attorney
Eastern District of New York
*Attorney for Defendant*

*/s/ Heetano Shamsoondar*
Heetano Shamsoondar
Special Assistant United States Attorney
(212) 264-2426
heetano.shamsoondar@ssa.gov

**SO ORDERED:**
11/03/2026

**HON. JOSEPH A. MARUTOLLO**
**UNITED STATES MAGISTRATE JUDGE**